THE PEOPLE *v.* GUZMÁN.

APPEAL from the District Court of Mayagüez.

No. 146.—Decided October 23, 1908.

CRIMINAL LAW—APPEAL—STATEMENT OF THE CASE—BILL OF EXCEPTIONS—MANI
   FEST ERRORS.—Where there is no statement of the case or bill of exceptions
   in the record, and it does not appear therefrom that any manifest errors
   were committed by the trial court, the judgment appealed from must be
   affirmed.

The facts are stated in the opinion.

The appellant did not appear.

*Mr. Rossy, fiscal,* for respondent.

MR. JUSTICE MACLEARY delivered the opinion of the court.

This prosecution was begun in the municipal court of
Mayagüez. The accused was charged with having obtained
food under false pretenses, valued at forty-three dollars and
forty-seven cents ($43.47) in violation of article 475 of the
Penal Code.

He was found guilty by the said court and fined $50 with
the alternative punishment of three months in jail.

On appeal to the district court, a new trial was had, result-
ing in reducing the fine to $30 and the alternative imprison-
ment to 30 days.

In hopes evidently of a further reduction, or for delay, he
has taken an appeal to this court. But he presents neither a
statement of facts nor a bill of exceptions. Nor does he file
a brief or any other document except the transcript of the
proceedings in the courts below. A receipt and a letter of
recommendation are copied in the record but properly form
no part thereof.

There being no fundamental error apparent in the record
the judgment of the court below should be in all things af-
firmed.

*Affirmed.*

Justices Hernández, Figueras and Wolf concurred.

Mr. Chief Justice Quiñones did not sit at the hearing of this case.